[No. 16064-8-I.   Division One.   May 11, 1987.]

JOANNE OCHSNER, *Petitioner*, v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-02136-7, Arthur E. Piehler, J., entered

January 23, 1985. *Reversed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J.